IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Moore, Darnetta E | Case Number:  04 B 30795 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  1/15/08 | Filed:  8/19/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 6, 2007
Confirmed: October 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 14,450.03 | |
| Secured: | | 12,008.35 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 728.24 |
| Other Funds: | | 13.44 |
| Totals: | 14,450.03 | 14,450.03 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 1,700.00 | 1,700.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 302.14 | 101.39 |
| 5. | HomEq Servicing Corp | Secured | 6,000.00 | 2,337.51 |
| 6. | Internal Revenue Service | Secured | 25,299.45 | 9,569.45 |
| 7. | SBC | Unsecured | 130.14 | 0.00 |
| 8. | Phone Co Credit Union | Unsecured | 179.61 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 274.85 | 0.00 |
| 10. | Americash Loans, LLC | Unsecured | 154.86 | 0.00 |
| 11. | City Of Chicago | Unsecured | 1.51 | 0.00 |
| 12. | National Capital Management | Unsecured | 106.70 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 17.13 | 0.00 |
| 14. | American Family Financial Serv | Unsecured | | No Claim Filed |
| 15. | AT&T | Unsecured | | No Claim Filed |
| 16. | Betty Shabazz Charter School | Unsecured | | No Claim Filed |
| 17. | Friend Family Health | Unsecured | | No Claim Filed |
| 18. | Books Ar Fun | Unsecured | | No Claim Filed |
| 19. | MCI | Unsecured | | No Claim Filed |
| 20. | TCF Bank | Unsecured | | No Claim Filed |
| 21. | Olin Corp | Unsecured | | No Claim Filed |
| 22. | University Family Physicians | Unsecured | | No Claim Filed |
| 23. | Walgreens Company | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 34,166.39 | $ 13,708.35 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Moore, Darnetta E

Printed:  1/15/08

Case Number:  04 B 30795
Judge:  Goldgar, A. Benjamin
Filed:  8/19/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 216.81 |
| 4% | 93.81 |
| 3% | 56.08 |
| 5.5% | 219.84 |
| 5% | 75.14 |
| 4.8% | 66.56 |
|  | _____ |
|  | $ 728.24 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

